Decided April 19, 2002

PREMIER CAPITAL, INC. *v.* DAVID S. GROSSMAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 68 Conn. App. 51 (AC 21469), is denied.

*Neal L. Moskow*, in support of the petition.

*David S. Grossman*, in opposition.

Decided April 19, 2002